IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE H. SHELBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:04cv489-T |
| | ) | (WO) |
| AMERICAN COLLOID | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

By agreement of the parties, it is ORDERED that plaintiff George H. Shelby's motion to set aside portions of the bill of costs (Doc. No. 39) is granted to the extent that costs in the amount of $1,878.50 only are taxed against plaintiff Shelby and in favor of defendant American Colloid Company, Inc.

DONE, this the 20th day of April, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE